UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| MORGAN ROSENBERG, | ) | 1:20-CR-00032-LEW |
| | ) | |
| Defendant | ) | |

## ORDER ON MOTION FOR COMPASSIONATE RELEASE

Roughly four months remain in Defendant Morgan Rosenberg's term of incarceration following the revocation of his supervised release.

Mr. Rosenberg's Diabetes (controlled) and elevated BMI, while complicating factors in the event of contraction of the COVID 19 virus, do not appear to present dire risks given the BOP's work to mitigate the spread of COVID 19 in its facilities, including its implementation of a vaccination program, and the Government's report that there were no positive COVID 19 cases at Defendant's facility, FCI Edgefield, as of May 21, 2021. Furthermore, Plaintiff's separate concern over the growth of a cyst was investigated and the cyst was diagnosed as benign.

Given these circumstances, which include Mr. Rosenberg's youthfulness, I find that this case does not present an extraordinary and compelling reason for early release. Mr. Rosenberg's Motion for Compassionate Release is DENIED.

**SO ORDERED.**

**Dated this 25th day of May, 2021.**

　　　　　　　　　　　　　　　　　　　　/s/ Lance E. Walker
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE